1  ANTHONY L. MARTIN
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
3  AMY L. HOWARD
   Nevada Bar No. 13946
4  amy.howard@ogletreedeakins.com
   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
7  Telephone:  702.369.6800
8  Fax:  702.369.6888

9  *Attorneys for Defendant Credit One Financial, Inc.
   dba Credit One Bank, N.A.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE SHERROD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK; DOES 1 through 10 inclusive; ROES CORPORATIONS/ ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  2:18-cv-01556-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT**<br>*(First Request)* |

Pursuant to L.R. I.A. 6-1, 6-2, and L.R. 7-1, Plaintiff Michele Sherrod ("Plaintiff") and Defendant Credit One Financial, Inc. dba Credit One Bank, N.A. ("Defendant") (collectively, the "Parties"), by and through their respective counsel hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Verified Complaint ("Complaint"), from September 18, 2018 to October 19, 2018.  In light of Defense counsel's vacation and other work obligations Defense counsel requires additional time to prepare a response to Plaintiff's Complaint.  This is the Parties' first request to extend the time for Defendant to respond to Plaintiff's Complaint.

1

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 18th day of September, 2018.

| THE THATER LAW GROUP, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ M. Lani Esteban-Trinidad | /s/ Anthony L. Martin |
| M. Lani Esteban-Trinidad | Anthony L. Martin |
| 7000 Smoke Ranch Road | Amy L. Howard |
| Suite C | 3800 Howard Hughes Parkway |
| Las Vegas, NV 89108 | Suite 1500 |
| Telephone: 702.736.5297 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff Michele Sherrod* | Telephone: 702-369-6800 |
| | *Attorneys for Defendant Credit One Financial, Inc. dba Credit One Bank, N.A.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: September 20, 2018

35649330.1

2