**THE THATER LAW GROUP, P.C.**
M. LANI ESTEBAN-TRINIDAD
Nevada Bar No. 006967
7000 Smoke Ranch Rd., Suite C,
Las Vegas, Nevada 89128
Telephone: (702) 736-5297
Fax: (702) 736-5299
Email: lani@thaterlawgroup.com
*Attorney for Plaintiff*
MICHELE SHERROD

**UNITED STATES DISTRICT COURT**
**DISRTICT OF NEVADA**

| | |
|---|---|
| MICHELE SHERROD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE BANK; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendant(s). | Case No. 2:18-cv-01556-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COMPLAINT OR IN THE ALTERNATIVE FOR A MORE DEFINITIVE STATEMENT** |

Pursuant to L.R. I.A. 6-1, 6-2 and L.R. 7-1, Plaintiff Michele Sherrod ("Plaintiff") and Defendant Credit One Financial, Inc. dba Credit One Bank, N.A. ("Defendant") (collectively, the "Parties"), by and through their respective counsel hereby stipulate and agree to extend the time for Plaintiff to file a response to Defendants' Motion to Dismiss Complaint or in the Alternative for a More Definitive Statement from November 2, 2018 to November 16, 2018. This is the Parties' first request to extend time for Plaintiff to respond to Defendant's Motion to Dismiss Complaint or in the Alternative for a More Definitive Statement to allow Plaintiff's counsel to confer with Plaintiff concerning responses to Defendant's Motion.

. . .

. . .

. . .

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

DATED this 1st Day of November, 2018. DATED this 1st day of November, 2018.

**THE THATER LAW GROUP, P.C.** **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ M. Lani Esteban-Trinidad, Esq.*     */s/ Amy L. Howard, Esq.*
M. LANI ESTEBAN-TRINIDAD, ESQ.     ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 006967     Nevada Bar No. 8177
7000 Smoke Ranch Road, Suite C     AMY L. HOWARD, ESQ.
Las Vegas, Nevada 89128     Nevada Bar No. 13946
*Attorney for Plaintiffs*     Wells Fargo Tower, Suite 1500
MICHELE SHERROD     3800 Howard Hughes Parkway
    Las Vegas, NV 89169
    *Attorneys for Defendants*
    *CREDIT ONE FINANCIAL, INC. dba*
    *CREDIT ONE BANK, N.A.*

## **ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 1, 2018.