ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
AMY L. HOWARD
Nevada Bar No. 13946
amy.howard@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Credit One Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELE SHERROD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CREDIT ONE BANK; DOES 1 through 10 inclusive; ROES CORPORATIONS/ ENTITIES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:18-cv-01556-APG-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO (1) DISMISS PLAINTIFF'S VERIFIED COMPLAINT; OR (2) IN THE ALTERNATIVE FOR A MORE DEFINITIVE STATEMENT** <br> *(First Request)* |

Pursuant to L.R. I.A. 6-1, 6-2, and L.R. 7-1, Plaintiff Michele Sherrod ("Plaintiff") and Defendant Credit One Bank, N.A. ("Defendant") (collectively, the "Parties"), by and through their respective counsel hereby stipulate and agree to extend the time for Defendant to file its Reply in Support of its Motion to (1) Dismiss Plaintiff's Verified Complaint; or (2) in the Alternative for a More Definitive Statement ("Reply"), from November 23, 2018 to December 7, 2018. In light of the up-coming Thanksgiving Holiday and other work obligations, Defense counsel requires

1

additional time to prepare the Reply. This is the Parties' first request to extend the time for Defendant to file its Reply.

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 19th day of November, 2018.

| | |
|---|---|
| THE THATER LAW GROUP, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ M. Lani Esteban-Trinidad | /s/ Amy L. Howard |
| M. Lani Esteban-Trinidad | Anthony L. Martin |
| 7000 Smoke Ranch Road | Amy L. Howard |
| Suite C | 3800 Howard Hughes Parkway |
| Las Vegas, NV 89108 | Suite 1500 |
| Telephone: 702.736.5297 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff Michele Sherrod* | Telephone: 702-369-6800 |
| | *Attorneys for Defendant Credit One N.A.* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
Dated: November 19, 2018.

36408937.1

2